IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE BROWN, | : | Case No. 4:14-cv-0410 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| AMERICAN SINTERED TECHONOLOGIES, | : | |
| | : | |
| Defendant. | : | |

# ORDER
March 3, 2015

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. The Defendant's Motion for Reconsideration is GRANTED in part, and DENIED in part (ECF No. 30).

2. The Court's Order of November 20, 2014 (ECF No. 28) is VACATED.

3. The Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 26) is GRANTED.

4. The Defendant shall file an answer or responsive pleading on or before March 23, 2015.

                              BY THE COURT:

                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge